United States District Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| SEAN SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | 4:25-cv-1470 |
| | § | |
| NEWREZ, LLC, d/b/a SHELLPOINT | § | |
| MORTGAGE SERVICING, and BANK | § | |
| OF NEW YORK MELLON, TRUSTEE | § | |
| FOR CWABS ASSET-BACKED | § | |
| CERTIFICATES TRUST 2005-BCS, | § | |
| | | |
| Defendants. | | |

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

The Magistrate Judge entered an Order to Show Cause in this case on September 3, 2025, at Document No. 12 ordering Plaintiff to show cause in writing as to why this case should not be dismissed under Fed. R. Civ. P. 37. As of this date, Plaintiff has failed to comply with the Magistrate Judge's Court Order.

The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending this case be dismissed without prejudice and further recommending denying as moot Defendants' Motion to Extend Dispositive Motion Deadline (Document No. 13) and Defendants' Motion for Judgment on the Pleadings (Document No. 14). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a de novo determination of the motion to extend, motion to dismiss, show cause order, and failure of Plaintiff to comply, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on June 30, 2026 (Document No. 15), which is adopted in its entirety as the opinion of this Court, Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 37 and Defendants' Motion to Extend Dispositive Motion Deadline and Defendants' Motion for Judgment on the Pleadings (Document No. 14) are DENIED AS MOOT.

It is so ORDERED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 17TH day of July, 2026.

Ewing Werlein, Jr.
United States District Judge

2